UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S.H. LEGGITT COMPANY,

        Plaintiff,        Case No. 1:03-CV-294

v.        HON. DAVID W. McKEAGUE[1]

FAIRVIEW FITTINGS &
MANUFACTURING, INC.,

        Defendant.
_____/

**ORDER**

The above action was recently terminated. Throughout the litigation, a number of documents were filed by the parties under seal under a stipulated protective order. On September 16, 2005, the Court ordered the parties to show cause within thirty (30) days why the documents could not be unsealed for eventual storage in the Federal Archives and Records Center.

On September 26, 2005, plaintiff requested that all sealed documents remain permanently sealed. Plaintiff indicated that the sealed documents included confidential business information. Unsealing the documents would expose such information to plaintiff's competitors, potentially causing harm to plaintiff's continued business.

The Court finds that plaintiff has shown good cause for permanently maintaining the documents under seal. Accordingly,

---

[1] The Honorable David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.

**IT IS ORDERED** that the documents filed under seal in this matter shall be maintained under **PERMANENT SEAL**.

**IT IS SO ORDERED.**

Dated: October __5__, 2005                              /s/ David W. McKeague
                                                                          HON. DAVID W. McKEAGUE
                                                                          UNITED STATES CIRCUIT JUDGE